JS-6



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERNESTO ANTONIO PADILLA BARRERA,

                                    Petitioner,

        v.

MARKWAYNE MULLIN, *et al.*,

                                    Respondents.

Case No. 5:26-cv-01655-FLA (DFM)

**ORDER GRANTING PETITIONER'S UNOPPOSED *HABEAS* PETITION [DKT. 1] AND *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER [DKT. 6]**

## RULING

On April 6, 2026, Petitioner Ernesto Antonio Padilla Barrera ("Petitioner") filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"), challenging his immigration detention as a violation of, *inter alia*, the Due Process Clause of the Fifth Amendment, the Immigration and Nationality Act, the Administrative Procedure Act, and applicable federal regulations.  Dkt. 1.  That same day, Petitioner filed an *Ex Parte* Application for Temporary Restraining Order ("Application"), requesting the court order Respondents to release him under the same conditions as he was released prior to his arrest on March 4, 2026, and re-detention.  Dkt. 6-1 at 31–32.

1

On April 6 and 10, 2026, the court issued Orders setting briefing schedules on the Petition and Application.  Dkts. 5, 7.  Dkt. 7.  On April 13 and 15, 2026, Respondents filed Responses to the Petition and Application, stating: "Respondents are not presenting an opposition argument at this time."  Dkt. 10 at 2; Dkt. 12 at 2.  As Respondents do not advance any argument in opposition to the Petition or Application, the court GRANTS the unopposed Petition and Application and ORDERS Respondents to:

(1)   release Petitioner from custody immediately, under the same conditions as he was released prior to his arrest on March 4, 2026, and re-detention;

(2)   return all property to Petitioner that was confiscated from him when he was arrested and processed into detention; and

(3)   file a statement with the court within one business day of Petitioner's release, attesting to Respondents' compliance with this Order.

The court REFERS Petitioner's request for costs and reasonable attorney's fees pursuant to the Equal Access to Justice Act and 28 U.S.C. § 2412 (Dkt. 1 at 28), to the Magistrate Judge for a report and recommendation.

IT IS SO ORDERED.

Dated: April 21, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2