UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERNESTO ANTONIO PADILLA BARRERA,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. 5:26-cv-01655-FLA (DFM)

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [DKT. 20]**

Pursuant to 28 U.S.C. § 636, the court has reviewed the Report and Recommendation of United States Magistrate Judge ("Report," Dkt. 20), filed on June 2, 2026.  The Report addresses Petitioner Ernesto Antonio Padilla Barrera's ("Petitioner") Motion for Attorney's Fees ("Motion") under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  No objections were filed by the deadline.

Having reviewed and considered the Motion (Dkts. 15, 15-1), Respondents' Opposition (Dkt. 17), Petitioner's Reply (Dkt. 18), the Report (Dkt. 20), and all relevant portions of the record, the court ACCEPTS and ADOPTS the findings and recommendations of the Magistrate Judge and hereby ORDERS:

1. Petitioner's motion for attorney's fees and costs is GRANTED IN PART and DENIED IN PART.

2. Petitioner is AWARDED attorney's fees and costs in the total amount of $7,688.48.

3. The government may pay Petitioner's counsel directly if no federal debt subject to offset exists, as Petitioner has assigned the award to counsel and declared under penalty of perjury that he owes no federal debt.

IT IS SO ORDERED.

Dated: July 6, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2